**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kimberly Newell KINDLEY,**
**Defendant–Appellant.**

No. 07–10732
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 27, 2008.

Bret E. Helmer, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Leigh Warren Davis, Fort Worth, TX, for Defendant–Appellant.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

Kimberly Newell Kindley appeals the district court's decision to revoke her term of supervised release. *See* 18 U.S.C. § 3583(g). She argues that the district court erred in finding that it could not impose substance-abuse treatment pursuant to 18 U.S.C. § 3583(d) in lieu of incarceration. Kindley committed several violations of the conditions of her supervised release. Failure of a drug test was but one of those violations. Accordingly, there was no error in the district court's revocation of supervised release and imposition of a term of imprisonment. *See United States v. Harper,* 34 Fed.Appx. 150 (5th Cir.2002);[1] 5TH CIR. R. 47.5.4.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Although an unpublished opinion issued after January 1, 1996 is not controlling precedent, it may be considered as persuasive authority. *See Ballard v. Burton,* 444 F.3d 391, 401 & n. 7 (5th Cir.2006) (citing *5th CIR. R. 47.5.4.*).